App. Div.]                    Third Department, June, 1906.

Central Trust Company of New York v. The Pittsburg, Shawmut and Northern Railroad Company and Others. Frederick B. Cochran and Others, etc., Appellants, v. Frank Sullivan Smith, as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. Held, it appearing that the expenditures authorized were very properly limited to those which seem to be necessary for the safe and present operation of the railroad, and that the value of the lien of the appellants will not be materially affected thereby, we concur in the decretion exercised by the Special Term. All concurred.

The City of Rochester, Respondent, v. Rochester and Lake Ontario Water Company and New York Central and Hudson River Railroad Company, Appellants. — Judgment affirmed, with costs. All concurred, except Nash and Kruse, JJ., who dissented.

Edwin C. Reeves, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

H. G. Vogel Company, Respondent, v. Alexander B. Lamberton and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Margaret E. Calvin, Respondent, v. Earl Nesbitt, as Trustee, etc., Appellant. — Judgment and order affirmed, with costs. All concurred.

Olive Chapman, as, etc., Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Lathrop, Shea & Henwood Company v. The Pittsburg, Shawmut and Northern Railroad Company and the Interior Construction and Improvement Company. — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant shall within thirty days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41,* in which event said motion is denied, without costs.

The People of the State of New York, Respondent, v. Philip J. Hart, Appellant.— Motion to dismiss appeal granted unless the appellant shall, within thirty days from the date of service of a copy of this order, together with notice of entry thereof. file and serve the printed papers on appeal as provided by rule 41,* in which event said motion is denied.

In the Matter of the Estate of Dudley Burwell, Deceased.— Motion to dismiss appeal granted, with costs, including ten dollars costs of motion.

Henry H. Persons and Another, as, etc., Respondents, v. William H. Gardner and Others, Appellants, Impleaded with Robert R. Hefford and Others, Respondents.— Motion of respondent Hefford to amend order so as to allow said respondent a separate bill of costs on appeal denied, without costs. Kruse, J., not sitting.

James F. Brooks, as, etc., v. International Railway Company.— Motion for reargument denied, with ten dollars costs. Nash, J., not sitting.

The People of the State of New York, Respondent, v. John J. Donnelly, Appellant.— Motion granted ; stenographer's minutes to be furnished and appellant's papers on appeal to be printed at the expense of the county of Onondaga, upon audit and allowance by this court.

Stephen K. Hitchcock v. James J. Brooks.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.